

RECEIVED
MAR 0 8 2022
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF IOWA

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Criminal No. 3:22-cr-25 |
| v. | <u>INDICTMENT</u> |
| GERALD BRIAN HOARD, | T. 18 U.S.C. § 2422(b) |
| Defendant. | T. 18 U.S.C. § 2428 |

**THE GRAND JURY CHARGES:**

## COUNT 1
**(Attempted Enticement of a Minor to Engage in Illicit Sexual Activities)**

On or about September 14, 2021, in the Southern District of Iowa, the defendant, GERALD BRIAN HOARD, did use facilities of interstate and foreign commerce, that is, a cellular telephone and cellular network, including GRINDR, to attempt to persuade, induce, entice, and coerce an individual who had not attained the age of 18 years, that is, a 14-year old girl, to engage in sexual activities for which a person could be charged with a criminal offense.

This is a violation of Title 18, United States Code, Section 2422(b).

**THE GRAND JURY FINDS:**

## NOTICE OF FORFEITURE

Upon conviction for the offense set forth in Count 1 of the Indictment, the court, in imposing sentence on the defendant, GERALD BRIAN HOARD, shall order, in addition to any other sentence imposed and irrespective of any provision of State law, that GERALD BRIAN HOARD forfeit to the United States his interest in any

property, real and personal, that was used or intended to be used to commit and to facilitate the commission of such violation; and any property, real and personal, constituting or derived from any proceeds that such person obtained, directly or indirectly, as a result of such violation including a TCL, Model A509DL, cellular telephone with IMEI 015858000162994, seized by law enforcement on or about September 14, 2021 which is property used and intended to be used to commit and to promote the commission of the offense alleged in Count 1 of this Indictment.

All pursuant to Title 18, United States Code, Section 2428.

**A TRUE BILL.**

_____
FOREPERSON

Richard D. Westphal
United States Attorney

By: _____
Clifford R. Cronk III
Assistant United States Attorney